UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                         Case No. 26-MJ-30027
                                          Originating No.  26CR3

**SEAN EVANS, Jr.**,

       Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **SEAN EVANS, Jr.,** to answer to charges pending in another federal district, and states:

1. On **January 14, 2026,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Tennessee based on an Indictment**. Defendant is charged in that district with violations of **21 USC Sections 846 and 841(a)(1), 841(a)(1)(A) – Conspiracy to distribute and possess with intent to distribute controlled substances, including 400 grams or more of fentanyl and 50 grams or more of actual methamphetamine, Distribution of 5 grams or more of actual methamphetamine and possession with intent to distribute 40 grams or more of**

**fentanyl.**

2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        JEROME F. GORGON, JR.
        United States Attorney


        *s/Ann Nee*
        ANN NEE
        Assistant U.S. Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        (313) 226-9100

Dated: January 14, 2026